UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL ANDILEMA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,
         Plaintiff,

-against-

AVENUE A CANDY LLC.
d/b/a WHITMANS EAST VILLAGE,
WHITMANS WESTSIDE LLC.
d/b/a WHITMANS HUDSON YARDS,
WHITMANS 261 HUDSON LLC.
d/b/a WHITMANS SOHO,
WHITMANS TIMES SQUARE LLC.
d/b/a WHITMANS CITY KITCHEN,
LAWRENCE KRAMER
and CRAIGKOENIG,
         Defendants.

---

Case No.: 1:20-cv-01346-RA

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MANUEL ANDILEMA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated August 27, 2020 and annexed hereto as **Exhibit A**.

Dated: September 1, 2020         Respectfully submitted,

         By:    */s/ C.K. Lee*

         C.K. Lee, Esq. (CL 4086)
         LEE LITIGATION GROUP, PLLC
         148 West 24th Street, 8th Floor
         New York, NY 10011
         Tel.: (212) 465-1188
         Fax: (212) 465-1181
         *Attorneys for Plaintiff*