# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

MANUEL ANDILEMA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*
               Plaintiff,

     -against-

AVENUE A CANDY LLC.
d/b/a WHITMANS EAST VILLAGE,
WHITMANS WESTSIDE LLC.
d/b/a WHITMANS HUDSON YARDS,
WHITMANS 261 HUDSON LLC.
d/b/a WHITMANS SOHO,
WHITMANS TIMES SQUARE LLC.
d/b/a WHITMANS CITY KITCHEN,
LAWRENCE KRAMER
and CRAIGKOENIG,
              Defendants.

------------------------------------------------------------

Case No.: 1:20-cv-01346-RA

**OFFER OF JUDGMENT**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Avenue A Candy
LLC. d/b/a Whitmans East Village, Whitmans Westside LLC. d/b/a Whitmans Hudson Yards
Whitmans 261 Hudson LLC. d/b/a Whitmans Soho, Whitmans Times Square LLC. d/b/a
Whitmans City Kitchen, Lawrence Kramer and Craig Koenig, (collectively, "Defendants") hereby
offer to allow judgment to be taken against them, jointly and severally, in the sum of Twenty-five
Thousand Dollars ($25,000.00), inclusive of all of Plaintiff Andilema's claims for relief, damages,
fees, costs, reasonable attorney's fees, and expenses, and in full and final settlement of all of
Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions
alleged in the above-captioned action.

       This Offer of Judgment is made for the purposes specified in Federal Rule of Civil
Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer

of Judgment shall be construed as either an admission of liability on the part of Defendants, or any

of them, or that Plaintiff Andilema has suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their

respective successors or agents, as well as any past and present owners, employees,

representatives, and agents of the Defendants from any and all claims that were or could have been

alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment will

operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules

of Civil Procedure, and shall be deemed withdrawn unless Plaintiff Andilema serves written notice

of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served.

An offer not accepted within the specified time period for acceptance will be deemed withdrawn.

Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to recover

costs or attorneys' fees in this action.

Dated: New York, New York
      August 27, 2020

                           LITTLER MENDELSON P.C.

                           *Michael Weber*

                           A. MICHAEL WEBER
                           PAUL R. PICCIGALLO
                           *Attorneys for Defendants*
                           900 Third Avenue
                           New York, NY 10022
                           212.583.9600
                           MWeber@littler.com
                           PPiccigallo@littler.com