UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL ANDILEMA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,
        Plaintiff,

   -against-

AVENUE A CANDY LLC.
d/b/a WHITMANS EAST VILLAGE,
WHITMANS WESTSIDE LLC.
d/b/a WHITMANS HUDSON YARDS,
WHITMANS 261 HUDSON LLC.
d/b/a WHITMANS SOHO,
WHITMANS TIMES SQUARE LLC.
d/b/a WHITMANS CITY KITCHEN,
LAWRENCE KRAMER
and CRAIGKOENIG,
        Defendants.

Case No.: 1:20-cv-01346-RA

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants AVENUE A CANDY LLC. d/b/a WHITMANS EAST VILLAGE, WHITMANS WESTSIDE LLC. d/b/a WHITMANS HUDSON YARDS, WHITMANS 261 HUDSON LLC. d/b/a WHITMANS SOHO, WHITMANS TIMES SQUARE LLC. d/b/a WHITMANS CITY KITCHEN, LAWRENCE KRAMER and CRAIGKOENIG, (collectively, "Defendants") having offered to allow Plaintiff MANUEL ANDILEMA ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Twenty-five Thousand Dollars ($25,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated August 27, 2020 and filed as Exhibit A to Docket Number 22.;

    **WHEREAS**, on September 1, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 22);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff, in the sum of Twenty-five Thousand Dollars ($25,000.00), in accordance with the terms and conditions of

Defendants' Rule 68 Offer dated August 27, 2020 and filed as Exhibit A to Docket Number 22. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____September 2_____, 2020
New York, New York

_____
RONNIE ABRAMS
United States District Judge